(June 29, 1981)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL SMITH, Petitioner, v SHERIFF OF COUNTY OF ULSTER, Respondent. — Application for writ of habeas corpus denied. Mahoney, P.J., Kane, Main, Weiss and Herlihy, JJ., concur.